IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE AMOROSI | : | CIVIL ACTION |
| | : | NO. 09-1223 |
| v. | : | |
| | : | |
| ANTHONY MOLINO, METHODIST HOSPITAL AND ARAMARK | : | |

## ORDER

AND NOW, this 28th day of April 2010, upon consideration of defendants' motions to dismiss, plaintiff's responses thereto and defendants' reply, it is hereby ORDERED that defendants' motion is GRANTED and plaintiff's complaint is DISMISSED.

      /s/ Thomas N. O'Neill, Jr.
      THOMAS N. O'NEILL, JR., J.